UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 JUN -6 AM 9: 01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AUGUSTINE REGALADO-ACOSTA (3),<br><br>　　　　　　　　Defendant. | CASE NO. 97CR0863-BEN<br><br>JUDGMENT OF DISMISSAL |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: **Title 21 U.S.C. 846 and 841(a)(1);**
　　　　　　　　　　　　　 **Title 21 U.S.C. 841(a)(1);**
　　　　　　　　　　　　　 **Title 21 U.S.C. 952 and 960;**
　　　　　　　　　　　　　 **Title 18 U.S.C. 2.**

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 4, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


ENTERED ON _____